```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 10, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LORNE ARMSTRONG,

        Plaintiff/Petitioner(s),

  -against-

NBC UNIVERSAL, INC.,

        Defendant/Respondent(s).

-------------------------------------------------------X

ORDER GRANTING IFP APPLICATION

12 Civ. 8137 (UA)

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.

    SO ORDERED:

*Loretta A. Preska*
LORETTA A. PRESKA
Chief United States District Judge

Dated: January 10, 2013
       New York, New York